Empire Process Service, Inc.
2920 Avenue R, Suite 311
Brooklyn, NY 11229
Tel.: (718) 449-5300

CASE # NEW YORK PRESBY

UNITED STATES SOUTHERN DISTRICT COURT

COUNTY OF NEW YORK

INDEX NO.: 08 CV 10724

MARIANA PREDA

*Plaintiff(s)*

against

NEW YORK PRESBYTERIAN HOSPITAL

*Defendant(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS ss.:

BRUCE ANGLIN being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 12/16/08 12:01 PM at 525 EAST 68TH STREET, ROOM 714 NEW YORK, NEW YORK 10021 deponent served the within SUMMONS IN A CIVIL ACTION VERIFIED COMPLAINT AND* bearing Index# 08 CV 10724 & filing date 12/10/08 on NEW YORK PRESBYTERIAN HOSPITAL

defendant therein named,

**INDIVIDUAL** ☐ by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☒ a DOMESTIC CORPORATION, by delivering thereat a true copy of each to NILSER NORIEGA personally; deponent knew said DOMESTIC CORPORATION so served to be the DOMESTIC CORPORATION defendant and knew said individual to be the COORDINATOR thereof. described as the named

**SUITABLE AGE PERSON** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's with and having called there on

* DEMAND FOR TRIAL BY JURY

**MAILING** ☐ On deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 45 | 5'7 | 120 |

Other identifying features: GLASSES

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 12/18/08

TARA M. MAROLLA
NOTARY PUBLIC, State of New York
No. 01MA5035821
Qualified in Richmond County
Commission Expires November 14, 2010

BRUCE ANGLIN
NOTARY PUBLIC, State of New York
No. 01AN4988753
Qualified in Kings County
Commission Expires November 18, ____

BRUCE ANGLIN

822780
LICENSE NO. _____