```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MARIANA PREDA,

                Plaintiff,        08 Civ. 10724 (DAB)
                                        ORDER

    -against-

NEW YORK PRESBYTERIAN HOSPITAL,

                Defendant.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

      The Court is in receipt of the June 8, 2010 letter of David M. Fish, Esq., seeking to move to withdraw as counsel for the Plaintiff in this matter., as well as Mr. Fish's letter of June 23, 2010, representing to the Court that the Plaintiff wishes to retain new counsel. Accordingly, the Motion to Withdraw is GRANTED. Plaintiff's Counsel is FURTHER ORDERED to provide a copy of this Order to Plaintiff within 10 days of the date of this Order. This matter, including all discovery deadlines, is stayed for 60 days from the date of this Order.

      Furthermore, within 60 days from the date of this Order, new counsel shall file a Notice of Appearance on behalf of Plaintiff, or Plaintiff shall notify the Court and Defendant that she is proceeding pro se.

SO ORDERED.

DATED:    New York, New York
           June 23, 2010

                                          *Deborah A. Batts* (signature)
                                          Deborah A. Batts
                                     United States District Judge