James S. Frank
Brian G. Cesaratto
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant
New York Presbyterian Hospital

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MARIANA PREDA,

                      Plaintiff,       08 Civ. 10724 (SC)

          – against –

NEW YORK PRESBYTERIAN HOSPITAL,       **NOTICE OF**
                         <u>**MOTION IN LIMINE**</u>

                    Defendant.
---------------------------------------- x

      PLEASE TAKE NOTICE that upon all prior proceedings had herein and the accompanying memorandum of law, Defendant New York Presbyterian Hospital, by its attorneys Epstein Becker & Green, P.C., move this Court before the Honorable Samuel Conti, United States District Judge, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, for an Order granting Defendant's motion in limine and such other and further relief as may be just in these premises.

Dated: New York, New York
       September 26, 2011

                                        Respectfully submitted,
                                        EPSTEIN BECKER & GREEN, P.C.

                                        By:    <u>s/James S. Frank</u>
                                                       James S. Frank
                                                       Brian G. Cesaratto
                                        250 Park Avenue
                                        New York, New York 10177
                                        (212) 351-4500
                                        Attorneys for Defendant
                                        New York Presbyterian Hospital

To:	Matthew J. Blit, Esq.
	Russell Moriarty, Esq.
	Levine & Blit, PLLC
	Empire State Building
	350 Fifth Avenue, Suite 3601
	New York, NY 10118