UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 08 CV 10724 (DAB)        DATE _____

MARIANA PREDA       vs.  NEW YORK PRESBYTERIAN HOSPITAL

**EXHIBIT LIST**

(X) PLAINTIFF                              ( ) DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| P-1 | | | Plaintiff's Transfer Request Form  2/11/04 |
| P-2 | | | Letter from Dr. Milsom To Whom It May Concern  3/30/04 |
| P-3 | | | Employee Grievance Form, Plaintiff  4/21/04 |
| P-4 | | | Letter from Dr. Milsom To Gayle Kolt  4/28/04 |
| P-5 | | | Letter from Gayle Kolt To Plaintiff  6/10/04 |
| P-6 | | | Plaintiff's Transfer request form  6/16/04 |
| P-7 | | | Corrective Action Report  9/21/04 |
| P-8 | | | Plaintiff's Formal Complaint to Defendant  11/3/04 |
| P-9 | | | Maurice Lee Letter to Plaintiff Regarding Formal Complaint  11/11/04 |

| | | | |
|---|---|---|---|
| P-10 | | | K Pagliaro Letter to Plaintiff 11/11/04 |
| P-11 | | | Plaintiff Letter to K Pagliaro 11/19/04 |
| P-12 | | | Plaintiff complaint letter to Dr. Fabrizio Michellassi 12/20/04 |
| P-13 | | | Work Improvement Plan 1/4/05 |
| P-14 | | | Corrective Action Report 1/4/05 |
| P-15 | | | Plaintiff Complaint Letter 1/6/05 |
| P-16 | | | Kolt and Cunningham letter to Plaintiff file 1/19/05 |
| P-17 | | | Termination Letter from Brian Hale to Plaintiff 5/18/05 |
| P-18 | | | Defendant position statement to EEOC 2/28/06 |
| P-19 | | | EEOC Determination Letter 9/30/08 |
| P-20 | | | Plaintiff Education Records 8/9/94 |
| P-21 | | | Plaintiff Performance Evaluation 6/19/00 |
| P-22 | | | Plaintiff Performance Evaluation 6/2/01 |
| P-23 | | | Plaintiff Performance Evaluation 3/31/02 |
| P-24 | | | Plaintiff Performance Evaluation 4/22/03 |

| | | | |
|---|---|---|---|
| P-25 | | | Plaintiff Performance Evaluation 4/5/04 |
| P-26 | | | Plaintiff Performance Evaluation 6/1/04 |
| P-27 | | | Plaintiff Letter Seeking Employment 4/11/07 |
| P-28 | | | Plaintiff Letter Seeking Employment 4/12/07 |
| P-29 | | | Plaintiff Letter Seeking Employment 4/15/07 |
| P-30 | | | Deposition of Plaintiff 3/30/10 |
| P-31 | | | Deposition of Dr. Jeffery Wood Milsom 5/27/10 |
| P-32 | | | Deposition of Gayle Kolt 1/3/11 |
| P-33 | | | Deposition of Brian Hale 1/3/11 |

**LEVINE & BLIT, PLLC**

By: _____
Russell S Moriarty, Esq.

*Attorneys for Plaintiff*
*Mariana Preda*
Empire State Building
350 Fifth Ave., Suite 3601
New York, NY 10118
Phone: (212) 967-3000
Fax:    (212) 967-3010