UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 08 Civ. 10724 (SC)  DATE:  September 29, 2011

MARIANA PREDA  vs.  NEW YORK PRESBYTERIAN HOSPITAL

**EXHIBIT LIST**

( )  PLAINTIFF  (X)  DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| D-501 | | | NYPH Hospital Policies and Procedures Manual. Title Equal Employment Opportunity. Date Issued August 8, 2001. Policy No. 501. (D00805-806) |
| D-502 | | | NYPH Personnel Policies and Procedures Manual. Title Equal Employment Opportunity. Date Issued October 2005. Policy No. 501. (D00807-808) |
| D-503 | | | NYPH Human Resources Policy and Procedure Manual. Title Equal Employment Opportunity. Date Issued October 2007. Policy No. 501 (D00809-811). |
| D-504 | | | NYPH Hospital Policies and Procedure Manual. Title Grievances. Date Issued January 1, 2002. Policy No. 408. (D00812-814). |
| D-505 | | | NYPH Hospital Policies and Procedure Manual. Title Grievances. Date Issued September 2005. Policy No. 408 (D00815-817). |
| D-506 | | | NYPH Hospital Policies and Procedure Manual. Title Grievances. Date Issued September 2007. Policy No. 408. (D00818-821). |

FIRM:16596383v1

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| D-507 | | | NYPH Presbyterian Hospital. Hospital Policy and Procedure Manual. Date Issued January 1, 2002. Policy No. 412 (D00822-823). |
| D-508 | | | NYPH Personnel Policy and Procedure Manual. Date Issued September 2005. Policy No. 412. (D00824-825) |
| D-509 | | | NYPH Personnel Policy and Procedure Manual. Date Issued September 2007. Policy No. 412. (D00826-828) |
| D-510 | | | Transfer Form dated June 16, 2004 (P0046-47) |
| D-511 | | | Transfer Form dated July 16, 2003 (D00136-00137; Preda 7) |
| D-512 | | | Candidate Information Sheet for Mariana Preda added July 17, 2003 (D00127-D00128; Preda 8) |
| D-513 | | | Job Requisition History added July 17, 2003 (D00133-D00135; Preda 8) |
| D-514 | | | Job Description Medical Surgical Technician (D00602-D00603) |
| D-515 | | | Departmental Personnel Record re: August 10, 2003 Transfer (D593) |
| D-516 | | | 2003 Mandatory Education Self-Learning Module dated November 10, 2003 (D00560) |
| D-517 | | | Transfer Form dated February 11, 2004 (D289) |
| D-518 | | | March 30, 2004 Letter to To Whom It May Concern from Jeffrey M. Milsom, MD (P0022; Plaintiff's 1) |

FIRM:16596383v1

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| D-519 | | | April 2004 Orientation Period of Employment Evaluation (P0033-34) |
| D-520 | | | April 5, 2004 Employee Evaluation (P0035-41) |
| D-521 | | | April 21, 2004 Grievance by Mariana Preda (D00790-792) |
| D-522 | | | Intentionally Omitted |
| D-523 | | | Letter to Gayle Kolt from nurse practitioner (Dee Ann Davidson) dated April 27, 2004 (D569-570) |
| D-524 | | | Letter from Sang W. Lee MD to Kolt dated April 27, 2004 (D571) |
| D-525 | | | April 28, 2004 Letter to Gayle Kolt from Jeffrey M. Milsom, MD (D00572; Plaintiff's 2) |
| D-526 | | | Human Resources Counseling Memo dated May 19, 2004 (D108-109) |
| D-527 | | | June 2, 2004 Human Resources Counseling Memo Re: Unfair Evaluation (D00002-D00003) |
| D-528 | | | June 1, 2004 Review (D00004-00011) |
| D-529 | | | June 10, 2004 Letter to Mariana Preda from Gayle B. Kolt (D00793; Kolt 2) |
| D-530 | | | Human Resources Counseling Memo dated September 2, 2004 (D110-111) |
| D-531 | | | September 3, 2004 to Gayle Holt from Joyce Kaminsky (D00573) |
| D-532 | | | September 6, 2004 Fax from Virna (D00574) |
| D-533 | | | September 8, 2004 Fax Documentation from Dr. Jeffrey Milsom (D00575); |
| D-534 | | | Corrective Action Report dated September 21, 2004 (D00101) |
| D-535 | | | Corrective Action Report dated September |

FIRM:16596383v1

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| | | | 21, 2004 (P0032) |
| D-536 | | | October 23, 2004 Human Resources Counseling Memo (D00113-00114) |
| D-537 | | | Acknowledgement 2004 Mandatory Education Self-Learning Module dated October 30, 2004 (D00566) |
| D-538 | | | November 3, 2004 Letter Dear Sirs from Mariana Preda (P0058-59; Kolt 1) |
| D-539 | | | November 8, 2004 Human Resources Counseling Memo re: Diane Gee (D00117-D00118) |
| D-540 | | | Letter to Preda from Maurice Lee dated November 11, 2004 (P61) |
| D-541 | | | Letter to Preda from Pagliaro dated November 11, 2004 (P60) |
| D-542 | | | December 8, 2004 Incident Date (D00576) [Redacted to remove Patient Identifying Information] |
| D-543 | | | December 13, 2004 Fax of Handwritten Note re failure to offer patient assistance (D00112) |
| D-544 | | | December 13, 2004 Human Resources Counseling Memo (D00115-116) |
| D-545 | | | January 4, 2005 NYPH Work Improvement Plan (D00577; Kolt 5) |
| D-546 | | | January 4, 2005 Corrective Action Report (D00581; Kolt 4) |
| D-547 | | | January 13, 2005 Memo re: Mariana Preda from Nevette Shlasko and Jeffrey Milsum (D00578) |
| D-548 | | | January 19, 2005 Note to File from G. Kolt and N. Cunningham (D00580) |
| D-549 | | | January 24, 2005 Receipt of Employee Handbook (00121) |
| D-550 | | | May 18, 2005 Letter to Preda From Brian Hale (D00001) |

FIRM:16596383v1

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| D-551 | | | May 18, 2005 Letter to Preda From Brian Hale (P0086) |
| D-552 | | | May 19, 2005 Employee Action Form (D01021) |
| D-553 | | | Social Security Administration Retirement, Survivors, and Disability Insurance Notice of Award dated June 27, 2009 (P17-21) (for Court) |
| D-554 | | | Explanation of Determination (SSA003) (For Court) |
| D-555 | | | Disability Determination and Transmittal (SSA004) (for Court) |
| D-556 | | | Disability Report Adult SSA Form 3368 (SSA0032-39) (for Court) |

Defendant reserves the right to: (1) offer all or any portion of any exhibit listed above, including substituting an exhibit for a cleaner copy if one exists; (2) offer and use any of the exhibits listed herein for more than one purpose; (3) not to offer any of the exhibits listed herein; (4) offer any exhibit designated on Plaintiff's exhibit list, whether or not offered by the Plaintiff; (5) offer additional exhibits at trial, including excerpts from deposition transcripts, for purposes of cross-examination, impeachment or rehabilitation; and (6) offer additional exhibits on rebuttal. Defendant also reserves the right to amend its exhibits and responses following the Court's in limine and evidentiary rulings.

Dated: New York, New York
    September 29, 2011

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

FIRM:16596383v1

By: s/James S. Frank
James S. Frank
Brian G. Cesaratto
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500
*Attorneys for Defendant*
*New York Presbyterian Hospital*

FIRM:16596383v1