UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIANA PREDA,

       Plaintiff,

 - against -

NEW YORK PRESBYTERIAN HOSPITAL,

       Defendant.
------------------------------------------------------------x

**JOINT STATEMENT OF THE CASE**

Docket No.: 08 CV 10724 (SC)

## STATEMENT OF THE CASE

The Plaintiff, Mariana Preda, has brought this action against New York Presbyterian Hospital alleging employment discrimination and harassment, and retaliation, based on age and national origin in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§2000-e *et seq.* ("Title VII"), the Age Discrimination and Employment Act of 1967 ("ADEA") and the Administrative Code of the City of New York, §§8-107 *et seq.* ("NYCHRL"). Plaintiff seeks damages and other relief under Title VII, the ADEA and the NYCHRL.

The Defendant New York Presbyterian Hospital denies Plaintiff's claims of employment discrimination and harassment, and retaliation, and states that its actions with respect to Plaintiff's employment were taken for legitimate business reasons.

Dated: New York, New York
   September 29, 2011

MATTHEW J. BLIT
RUSSELL MORIARTY
Levine & Blit, PLLC
*Attorneys for Plaintiff*
Empire State Building
350 Fifth Ave., Suite 3601
New York, NY 10118
Phone: (212) 967-3000
Fax: (212) 967-3010

James S. Frank, Esq.
Brian G. Cesaratto, Esq.
Epstein, Becker & Green PC
*Attorneys for Defendant*
250 Park Avenue
New York, NY 10177-1211
Tel: (212) 351-4500
Fax: (212) 661-0989

By:   s/Matthew J. Blit                    By:   s/James S. Frank
      Matthew J. Blit, Esq.                      James S. Frank
      Levine & Blit, PLLC                        Epstein Becker & Green PC