``
``
``
``
``
``
``
```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MARIANA PREDA,

    Plaintiff,

 -against-

NEW YORK PRESBYTERIAN HOSPITAL,

    Defendant.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/11

08 Civ. 10724 (SC)

STIPULATION AND
ORDER OF DISMISSAL

It having been reported to this Court that the above entitled action has been settled, it is hereby ORDERED that the above captioned matter be, and the same is, discontinued with prejudice and without costs provided that within thirty (30) days of the date of this Order, the action may be reinstated for good cause shown.

Dated: New York, New York
   September 29, 2011

CONSENTED TO:

Levine & Blit, PLLC

By: Russell S. Moriarty, Esq.
Attorney for Plaintiff
Mariana Preda

Epstein Becker & Green, P.C.

By: Brian G. Cesaratto, Esq.
Attorney for Defendant
New York Presbyterian Hospital

Dated: New York, New York
   September 29 2011

SO ORDERED:

_____
Hon. Samuel Conti
United States District Judge